RECEIVED
IN MONROE, LA

JAN 0 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| BETTY BOLES | CIVIL ACTION NO. 03-1327 |
| VERSUS | JUDGE JAMES |
| ADMINISTRATOR OF THE CHASE LONG TERM DISABILITY PLAN THROUGH LIBERTY MUTUAL ASSURANCE COMPANY OF BOSTON | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a _de novo_ review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein in favor of the plaintiff is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED **that Judgment be entered herein in favor of the plaintiff, Betty Boles, for the remainder of her "own occupation" benefits, with interest thereon from date of judicial demand, along with attorney's fees and costs;**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED **that the plaintiff's claim for penalties for failure to provide a copy of the videotape and plan summary be DENIED;**

IT IS STILL FURTHER ORDERED, ADJUDGED AND DECREED **that this matter be remanded to the administrator for a determination on the issue of future disability benefits.**

THUS DONE AND SIGNED this 3 day of January, 2006, in Monroe, Louisiana.

1

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION